RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wswlawlv.com
Attorney for Defendant Cook

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THOR COOK, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:10-CR-00538-JAD-GWF |

**STIPULATION TO CONTINUE SUPERVISED**
**RELEASE REVOCATION HEARING**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, through its attorneys, Steven W. Myhre, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, and Defendant Thor Cook, through his counsel, Richard A. Wright, Esquire, Wright Stanish & Winckler, that the revocation of supervised release hearing now set for Wednesday, January 3, 2018, be continued to a date and time convenient to the court but no sooner than February 8, 2018.

Richard Wright, counsel for Defendant Thor Cook, is currently in preparation for trial in United States v Jordan Georgeivksi, Case No. 2:12-cr-00004-~~JAD~~-GWF, which is scheduled to begin on January 8, 2017.

APG

///

Mr. Cook is not in custody and concurs to this continuance. This is the first request to continue the hearing on revocation of supervised release.

DATED this 29th day of December, 2017.

Respectfully submitted:

| | |
|---|---|
| WRIGHT STANISH & WINCKLER | STEVEN W. MYHRE<br>ACTING UNITED STATES ATTORNEY |
| BY  /s/ Richard A. Wright<br>RICHARD A. WRIGHT, ESQUIRE<br>300 S. Fourth Street<br>Suite 701<br>Las Vegas, NV 89101<br>Attorney for Defendant Cook | BY  /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN<br>Assistant U.S. Attorney<br>District of Nevada<br>501 Las Vegas Boulevard South<br>Suite 1100<br>Las Vegas, NV 89101 |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
        Plaintiff, )
        vs. )
THOR COOK, )
        Defendant. )

CASE NO. 2:10-CR-00538-JAD-GWF

**ORDER**

Based on the Stipulation between Defendant, Thor Cook, through counsel, and the Government, and good cause appearing therefore, the Court hereby orders that the supervised release revocation hearing in the above-captioned matter be vacated and continued to February 13, 2018 at 11:00 a.m.

DATED this 29th day of December, 2017.

_____
JENNIFER A. DORSEY
United States District Judge